UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONEBEACON AMERICA INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| v. | * Civil Action No. 10-10164-JLT * |
| COMMERCIAL UNION ASSURANCE COMPANY OF CANADA, | * * * |
| Defendant. | * |

ORDER

August 18, 2011

TAURO, J.

    For the reasons in the accompanying memorandum, Defendant's Motion to Strike [#33] is ALLOWED. Plaintiff's Motion to Strike Affidavit of Edwin M. Millette [#38] is ALLOWED IN PART and DENIED IN PART. It is ALLOWED to the extent that Millette opines that the 1981 and 1982 OneBeacon Policies are not renewals of the 1980 OneBeacon Policy. It is DENIED in all other respects. Plaintiff's Motion for Summary Judgment [#20] is DENIED, and Defendant's Motion for Summary Judgment [#25] is ALLOWED.

    Additionally, Plaintiff's Motion to Strike Aviva's Reply Memorandum of Law [#45] is ALLOWED WITHOUT PREJUDICE to Defendant re-filing the Reply Memorandum in compliance with the Local Rules. For that reason, Defendant's Cross-Motion for Leave to File

Reply Memorandum [#46] is ALLOWED.

      This case is CLOSED.

IT IS SO ORDERED.

                                                /s/ Joseph L. Tauro
                                              United States District Judge